| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL A PRICE, an individual; and TESSA V. GEHARDT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES LLC, d/b/a SHELL OIL PRODUCTS US, a Delaware Limited Liability Company.<br><br>Defendant. | CASE NO. C17-1337-MJP<br><br>ORDER ON LCR 37 JOINT SUBMISSION |

THIS MATTER comes before the Court on the parties' LCR 37 Joint Submission regarding deposition dates and interrogatories. (Dkt. No. 10.) Having reviewed the Joint Submission and all related papers, the Court rules as follows:

1. Defendant is directed to produce Michelle Roberson and Patty Blakeway for deposition. Within five days of the date of this Order, Plaintiffs shall provide Defendant with 10 proposed dates on which the depositions may occur within the next 30 days, excluding those dates on which Defendant is in trial before Judge Coughenour. Defendant shall

respond within two days identifying dates on which its witnesses are available for deposition.

2. Counsel for Defendant is advised to manage its work load or enlist others in its firm to comply with the Court's Order. Defendant is free to select whatever lawyers it desires, but the selected lawyers must be able to meet the demands of all work they have agreed to take on. Any inability to do so is a problem to be managed by Defendant and its lawyers, not by Plaintiffs or the Court.

3. It appears that Defendant has already served its answers to Plaintiff's First Set of Interrogatories. As to the adequacy of these answers, it appears that the parties have not met and conferred as required by LCR 37(a)(1). The parties must do so before the Court will consider any further disputes concerning the interrogatories.

4. The Court declines to award fees or costs incurred in connection with this submission.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 28, 2017.

Marsha J. Pechman
United States District Judge