| | |
|---|---|
| RACHEL A PRICE, an individual, and TESSA V. GEHARDT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES LLC,<br><br>Defendant. | CASE NO. C17-1337-MJP<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PROTECTIVE ORDER |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THIS MATTER comes before the Court on Defendant's Motion for a Protective Order limiting Plaintiffs' discovery requests. (Dkt. No. 17.) Having reviewed the Motion, the Response (Dkt. No. 19), the Reply (Dkt. No. 21) and all related papers, the Court hereby GRANTS IN PART and DENIES IN PART Defendant's Motion for Protective Order. Defendant is ORDERED to produce the following:

(1) personnel files for each of the individuals who applied for the disputed promotions of Laboratory Manager, Lab Team Lead, and Analytical Consultant;

(2) personnel files for each individual responsible for making the disputed evaluation and promotion decisions; and

(3) personnel files for each individual that Defendant intends to present as a witness regarding the existence of comparators.

As to the remaining discovery requests, the Court finds that Plaintiffs have not met their burden of demonstrating relevance to their failure to promote claims.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 6, 2018.

Marsha J. Pechman
United States District Judge