Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL A. PRICE, an individual; and TESSA V. GEHARDT, an individual,<br><br>                        Plaintiffs,<br>    vs.<br><br>EQUILON ENTERPRISES, LLC, d/b/a SHELL OIL PRODUCTS US, a Delaware Limited Liability Company,<br><br>                        Defendant. | NO. 2:17-cv-01337-MJP<br><br>STIPULATED MOTION FOR RELIEF FROM DEADLINE TO DISCLOSE EXPERT WITNESS REPORTS<br><br>NOTE FOR MOTION:<br>April 20, 2018 |

**STIPULATION**

The parties hereby stipulate and request that the Court order relief from the deadline for disclosing expert witness reports set out in the Order Setting Trial Date & Related Dates (Dkt. 9). The current deadline is April 23, 2018. The parties agree that the trial schedule must be altered but have not yet agreed on a proposed new date.

There is a related case pending before Judge Coughenour, No. 11-cv-01553-JCC, *Price et al v. Equilon Enterprises, et al*, ("Price I") involving the same parties and counsel and similar, overlapping claims, which was set to be tried in March of this year. However, Judge Coughenour struck the trial date, due to criminal case demands, and directed the parties to propose a new trial date between October and December of this year. The parties stipulated to a new trial date of December 3, providing the trial date in this case could be moved because the parties agreed that "Price I" should be tried first. Ex. A. Judge Coughenour ordered the first case

STIPULATED MOTION FOR RELIEF FROM
DEADLINE TO DISCLOSE EXPERT WITNESS
REPORTS - 1
(NO. 2:17-cv-01337-MJP)

set for December 3, 2018. Ex. B. Plaintiffs proposed a new trial date in this case (March 4, 2019), but Defendants' witnesses were not available during that week. Defendant proposed the week of March 25, but Plaintiffs indicated that they had a trial conflict. Defendants are working to determine other dates of availability.

For the foregoing reasons, the parties stipulate and jointly request relief from deadline to disclose expert witness reports on April 23, 2018. The parties will submit a proposed new trial schedule with new pre-trial deadlines promptly.

DATED: April 20, 2018.

| WILLIAMS KASTNER | BRESKIN JOHNSON & TOWNSEND PLLC |
|---|---|
| By: */s/ Sheryl J. Willert*<br>Sheryl J. Willert, WSBA #08617<br>Jeffery M. Wells, WSBA #45840<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: (206) 628-6600<br>Fax: (206) 628-6611<br>swillert@williamskastner.com<br>jwells@williamskastner.com | By: */s/ Daniel F. Johnson*<br>Daniel F. Johnson, WSBA No. 27848<br>Cynthia J. Heidelberg, WSBA No. 44121<br>1000 Second Avenue, Suite 3670<br>Seattle, WA 98104<br>Tel: 206-652-8660<br>djohnson@bjtlegal.com<br>cheidelberg@bjtlegal.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

**<u>ORDER</u>**

Pursuant to the above stipulation, it is hereby ORDERED that:

The Court GRANTS the parties' joint request for relief from the deadline to disclose expert witness reports on April 23, 2018.

DATED this 23rd day of April, 2018.

_____
Marsha J. Pechman
United States District Judge