UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL A PRICE and TESSA V. GEHARDT,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES LLC, d/b/a/ SHELL OIL PRODUCTS US,<br><br>Defendant. | CASE NO. C17-1337-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of the Parties' Stipulated Motion to Continue the Trial Date and Extend Existing Pretrial Deadlines. (Dkt. No. 31.) The Court notes that the trial date in Price I has been continued to December 3, 2018, and agrees that this case should be continued to a later date as well. However, the Court finds that the date proposed by the parties, June 3, 2019, would afford a much longer continuance than is warranted.

1     The Parties are hereby ORDERED to provide a joint statement explaining why the trial
2 cannot go forward any earlier within seven (7) days of the date of this Order.  The Court will re-
3 set the trial date upon receipt of the Parties' statement.

4     The clerk is ordered to provide copies of this order to all counsel.

5     Filed May 15, 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk