HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RACHEL A. PRICE, an individual, and TESSA V. GEHARDT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC dba SHELL OIL PRODUCTS US, a Delaware limited liability company,<br><br>Defendant. | No. 2:17-cv-01337-MJP<br><br>ORDER DISMISSING CLAIMS OF PLAINTIFF TESSA V. GEHARDT WITH PREJUDICE |

Based on the foregoing stipulation, it is hereby ORDERED that all claims brought by Tess V. Gehardt are DISMISSED with prejudice and without award of costs to either party.

DATED this 26th day of June, 2018.

*[signature]*
Marsha J. Pechman
United States District Judge

ORDER DISMISSING GEHARDT CLAIMS - 1
(No. 2:17-cv-01337-MJP)